1

2

3

4

5

6

7                            IN THE UNITED STATES DISTRICT COURT

8                          FOR THE EASTERN DISTRICT OF CALIFORNIA

9    CLIFFORD JOHNSON,

10                  Petitioner,                    No. CIV S-09-3167 KJM P

11           vs.

12   KATHLEEN L. DICKENSON,

13                  Respondent.              ORDER

14   _____/

15           Petitioner, a state prisoner proceeding pro se, has filed a petition for a writ of

16   habeas corpus pursuant to 28 U.S.C. § 2254, together with an application to proceed in forma

17   pauperis and a request for the appointment of counsel.

18           Examination of the in forma pauperis application reveals that petitioner is unable

19   to afford the costs of suit.  Accordingly, the application to proceed in forma pauperis will be

20   granted.  See 28 U.S.C. § 1915(a).

21           There currently exists no absolute right to appointment of counsel in habeas

22   proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460 (9th Cir. 1996).  However, 18 U.S.C.

23   § 3006A authorizes the appointment of counsel at any stage of the case "if the interests of justice

24   so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.  In the present case, the court does

25   not find that the interests of justice would be served by the appointment of counsel at the present

26   time.

1    Since petitioner may be entitled to relief if the violation of constitutional rights

2  alleged in his petition is proved, respondent will be directed to file a response.

3    In accordance with the above, IT IS HEREBY ORDERED that:

4    1.  Petitioner's application to proceed in forma pauperis (#2) is granted.

5    2.  Petitioner's motion for the appointment of counsel (#3) is denied.

6    2.  Respondent is directed to file a response to petitioner's habeas petition within

7  sixty days from the date of this order.  See Rule 4, Fed. R. Governing § 2254 Cases.  An answer

8  shall be accompanied by all transcripts and other documents relevant to the issues presented in

9  the petition.  See Rule 5, Fed. R. Governing § 2254 Cases.

10    3.  If the response to the habeas petition is an answer, petitioner's reply, if any,

11  shall be filed and served within thirty days after service of the answer;

12    4.  If the response to the habeas petition is a motion, petitioner's opposition or

13  statement of non-opposition to the motion shall be filed and served within thirty days after

14  service of the motion, and respondent's reply, if any, shall be filed and served within fourteen

15  days thereafter; and

16    5.  The Clerk of the Court shall serve a copy of this order, the

17  consent/reassignment form contemplated by Appendix A(k) to the Local Rules of this court, and

18  a copy of the petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 on Michael Patrick

19  Farrell, Senior Assistant Attorney General.

20  DATED:  April 27, 2010.

21

_____
U.S. MAGISTRATE JUDGE

22  1
john3167.100(11.13.09)

23

24

25

26