IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD JOHNSON,

        Petitioner,                    No. CIV-S-09-3167 JAM KJM P

    vs.

KATHLEEN L. DICKENSON,

        Respondent.               <u>ORDER</u>

_____/

        Petitioner has requested leave to file an amended petition for writ of habeas corpus under 28 U.S.C. § 2254 (docket no. 15). Good cause appearing, respondent shall indicate within fourteen days whether she has any opposition to petitioner's request being granted.

DATED: September 27, 2010.

_____
U.S. MAGISTRATE JUDGE

1/kly
john3167.opp