IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CLIFFORD JOHNSON,

    Petitioner,                   No. CIV S-09-3167 JAM KJN (TEMP) P

    vs.

KATHLEEN L. DICKENSON,

    Respondent.               ORDER

_____/

        Petitioner, a state prisoner proceeding without counsel, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Under Rule 4 of the Rules Governing Section 2254 Cases, the court must conduct a preliminary review of § 2254 habeas petitions and dismiss any petition where it plainly appears that petitioner is not entitled to relief. The court has conducted the Rule 4 review with respect to the second amended petition for writ of habeas corpus filed by petitioner on February 3, 2011 and finds that the only claim upon which petitioner may be entitled to relief is that he allegedly has been denied his right to due process under the Fourteenth Amendment by prison officials' failure to reinstate revoked sentence credits pursuant to a request made by petitioner on April 23, 2008. Respondent will be directed to file a response to this claim only.

////

1

In accordance with the above, IT IS HEREBY ORDERED that:

1. Respondent is directed to file a response to the claim described above within thirty days. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by all documents relevant to the issues presented. See Rule 5, Fed. R. Governing § 2254 Cases;

2. If the response to the habeas petition is an answer, petitioner's reply, if any, shall be filed and served within thirty days after service of the answer;

3. If the response to the habeas petition is a motion, petitioner's opposition or statement of non-opposition to the motion shall be filed and served within thirty days after service of the motion, and respondent's reply, if any, shall be filed and served within fourteen days thereafter.

DATED: March 1, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

john3167.100